United States District Cour~~t~~

~~FILED~~ ~~LOGGED~~ ~~ENTERED~~ ~~RECEIVED~~

For The District Of Maryland JUN 21 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

United States Of America

V.

1:17-CR-106-CCB

CCB-18-1859

Marcus Roosevelt Taylor

## Motion For Return Of Property

Marcus Roosevelt Taylor, respectfully requests this honorable court to grant this motion, pursuant to Fed. R. Crim. P. 41(e) to have goverment return the following seized items to his family:

Black bag containing medical and financial records.
Samsung tablet
Black HP laptop
Laptop S/N: CNC0302HJX
Apple Watch
Michael Kors Watch
Apple IPad
Maryland license
Bank Cards
Laptop S/N: 2N0C400T300078

Laptop S/N: DBN0C433379246A

Wherefore, Mr. Taylor respectfully request, this Court grant the aforemention motion.

Respectfully submitted,

Marcus Taylor
#93681
Howard County Detention Center
7301 Waterloo Road
P.O. Box 250
Jessup, MD 20794

Certificate of Service

I hereby certify that on this 8th day of June, the foregoing Motion for Return of Property was served on Leo Wise, Assistant United States Attorney, via mail.

Marcus Roosevelt Taylor