## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARCUS ROOSEVELT TAYLOR,**<br><br>Petitioner<br><br>v.<br><br>**UNITED STATES OF AMERCA,**<br><br>Respondent. | **Civil No. CCB-18-1859**<br>**(Related Case: CCB-cr-17-106)** |

### UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE

The United States of America, by its undersigned counsel, hereby files this response to the Court's Order of July 2, 2018 (ECF No. 2) ordering it to show cause why certain property seized from the Defendant should not be returned to him.

On June 21, 2018, Taylor filed a pro se motion (ECF No. 1) for the return of certain property he asserted had been seized from him.

On July 2, 2018, the Court ordered the Government to show cause why the relief requested in the Defendant's order should not be granted. The Government then attempted to locate the property identified in the pro se motion and to determine whether it belonged to Taylor.

Having located the property and confirmed its ownership, the Government returned the property to the Taylor's family on January 7, 2019.

In light of the fact that the property identified in the motion has been returned to the Taylor's family, the United States requests that the Court dismiss the Taylor's civil action seeking its return.

                                          Respectfully submitted,

                                          Robert K. Hur
                                          United States Attorney

                              By: _____/s/_____
                                          Leo J. Wise
                                          Derek Hines
                                          Assistant United States Attorneys

Date: January 14, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this filing was sent via first class mail to the Defendant.

                                          By:___/s/_____
                                          Leo J. Wise
                                          Assistant United States Attorney